Bradley W. Madsen
Nevada Bar No. 11644
MICHAEL BEST & FRIEDRICH LLP
2750 East Cottonwood Parkway, Suite 560
Cottonwood Heights, UT 84121[1]
Telephone: 801.833.0500
Facsimile:  801.931.2500
bwmadsen@michaelbest.com

*Attorney for Plaintiffs Krishna Okhandiar
and Remilia Corporation LLC*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| KRISHNA OKHANDIAR, an individual, and REMILIA CORPORATION LLC, a Delaware limited liability company,<br><br>　　　Plaintiffs,<br><br>v.<br><br>JOHN DUFF III, an individual,<br><br>HENRY SMITH, an individual, and<br><br>MAXWELL ROUX, an individual,<br><br>　　　Defendants. | Case No.: 2:23-cv-1409<br><br>**Rule 7.1 Disclosure Statement** |

　　　The undersigned, pro se party or attorney of record for Plaintiff Krishna Okhandiar and Remilia Corporation LLC, certifies that the following may have a direct, pecuniary interest in the outcome of this case:

　　　Plaintiff Krishna Okhandiar

　　　Plaintiff Remilia Corporation LLC

---

[1] Pursuant to LR 11-1(b), attorney Jonathan Heaton is designated for local service at address 7285 Dean Martin Dr. Ste 180, Las Vegas, NV 89118.

1     Defendant John Duff III

2     Defendant Henry Smith

3     Defendant Maxwell Roux

4 DATED this 11th day of September 2023.

                                                **MICHAEL BEST & FRIEDRICH LLP**

                                                /s/ Bradley W. Madsen
                                                Bradley Madsen
                                                Nevada Bar No. 11644
                                                2750 East Cottonwood Parkway, Suite 560
                                                Cottonwood Heights, UT 84121
                                                Telephone: 801.833.0500
                                                Facsimile:  801.931.2500
                                                bwmadsen@michaelbest.com

                                                *Attorneys for Plaintiffs Krishna Okhandiar and Remilia Corporation LLC*

2