# AFFIDAVIT OF SERVICE

State of Nevada                County of                United States District Court

Case Number: 2:23-CV-01409-APG-EJY

Plaintiff:
**KRISHNA OKHANDIAR, an individual, and REMILIA CORPORATION LLC, a Delaware limited liability company**

vs.

Defendant:
**JOHN DUFF III, an individual, et al.**

For:
Michael Best & Friedrich LLP
1 S. Pinckney Street
Ste 700
Madison, WI 53597

Received by Nicoletti & Harris to be served on **John Duff, III, 305 Canal St. 2F, New York, NY 10013**.

I, Alex Colon, being duly sworn, depose and say that on the **19th day of September, 2023** at **9:35 am**, I:

served a **SUITABLE AGE PERSON** by delivering and leaving a true copy of the **Summons in A Civil Action, Civil Cover Sheet and Complaint** with **Sally Ross** at **305 Canal St. 2F, New York, NY 10013**, the said premises being the respondent's place of **Abode** within the State of New York. Deponent completed service by mailing a true copy of the **Summons in A Civil Action, Civil Cover Sheet and Complaint** in a postpaid envelope addressed to: **305 Canal St. 2F, New York, NY 10013** and bearing the words "Personal & Confidential" by First Class Mail on **9/19/2023** and placed in an official depository of the U.S.P.S. in the State of New York.

**Military Status:** Based upon inquiry of party served, Defendant is not in the military service of the United States of America.

**Description** of Person Served: Age: 60, Sex: F, Race/Skin Color: White, Height: 5'7", Weight: 150, Hair: White, Glasses: Y

I certify that I am over the age of 18 and have no interest in the above action.

STATE OF    New York)
COUNTY OF  New York)

Subscribed and Sworn to before me on the 19th day of September, 2023 by the affiant who is personally known to me.

Suegeil M. Mercado
Notary Public State of New York
Qualified in Kings County
Lic. # 01ME6434359
Commission Expires: June 6, 2026

Alex Colon
2104765

Nicoletti & Harris
101 Avenue of the Americas
9th floor
New York, NY 10013
(212) 267-6448

Our Job Serial Number: NHI-2023014646

Copyright © 1992-2023 DreamBuilt Software, Inc. - Process Server's Toolbox V8.2r

