**Civil Action No. 2:23-CV-01409**

## PROOF OF SERVICE

*(This section should not be filed with the Court unless required by Fed.R.Civ.P. 4(l))*

This Summons in a Civil Action and Complaint were received by me on the 14th day of September, 2023.

__XX__ I personally served the Summons in a Civil Action and Complaint on Maxwell Roux at 349 Fox Drive, Unit #6, Great Falls, Montana, on the 15th day of September, 2023; or

___ I left the Summons at the individual's residence or usual place of abode with _____, a person of suitable age and discretion who resides there, on the ____ day of _____, 2023, and mailed a copy to the individual's last known address; or

___ I served the Summons on _____, who is designated by law to accept service of process on behalf of *(name of organization)* _____ on the ____ day of _____, 2023; or

___ I returned the Summons unexecuted because _____ _____; or

___ Other *(specify)*: _____
_____
_____

My fees are $ _10.00_ for travel and $ _65.00_ for services, for a total of $ _75.00_ .

I declare under penalty of perjury that this information is true.

DATED: September 19, 2023.      _____/s/_____

NATHAN SCHMIDT
State of Montana License No. 10118
P.O. Box 1521
Great Falls, Montana 59403-1521
406-452-4162