Bradley W. Madsen
Nevada Bar No. 11644
MICHAEL BEST & FRIEDRICH LLP
2750 East Cottonwood Parkway, Suite 560
Cottonwood Heights, UT 84121[1]
Telephone: 801.833.0500
Facsimile: 801.931.2500
bwmadsen@michaelbest.com

*Attorney for Plaintiffs Krishna Okhandiar and Remilia Corporation LLC*

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| KRISHNA OKHANDIAR, an individual, and REMILIA CORPORATION LLC, a Delaware limited liability company,<br><br>Plaintiffs,<br><br>v.<br><br>JOHN DUFF III, an individual, HENRY SMITH, an individual, and MAXWELL ROUX, an individual,<br><br>Defendants. | Case No.: 2:23-cv-1409<br><br>**FRCP 7.1 DISCLOSURE and LR 7.1-1 CERTIFICATE OF INTERESTED PARTIES** |

This Disclosure Statement is filed on behalf of Plaintiffs Krisha Okhandiar and Remilia Corporation LLC in compliance with the provisions of Rule 7.1(a) of the Federal Rules of Civil Procedure and LR 7.1-1.

Pursuant to Rule 7.1(a)(1) the undersigned states that there is no parent corporation or any publicly held corporation owning 10% or more of Remilia Corporation LLC.

---

[1] Pursuant to LR 11-1(b), attorney Jonathan Heaton is designated for local service at address 7285 Dean Martin Dr. Ste 180, Las Vegas, NV 89118.

Pursuant to LR 7.1-1(b), the undersigned states that there are no known interested parties other than those participating in the case.

Pursuant to Fed. R. Civ. P. 7.1(a)(2), the filing parties hereby declare the following names and citizenships of every individual or entity whose citizenship is attributed to that:

| Party Name | Citizenship |
| --- | --- |
| Plaintiff Remilia Corporation LLC | State of Nevada – the sole owner/member of this LLC is Plaintiff Krishna Okhandiar, a citizen of Nevada. |
| Plaintiff Krishna Okhandiar | State of Nevada |

A supplement will be filed if any of this required information changes.

DATED this 22nd day of September 2023.

**MICHAEL BEST & FRIEDRICH LLP**

/s/ Bradley W. Madsen
Bradley Madsen
Nevada Bar No. 11644
2750 East Cottonwood Parkway, Suite 560
Cottonwood Heights, UT 84121
Telephone: 801.833.0500
Facsimile:  801.931.2500
bwmadsen@michaelbest.com

*Attorneys for Plaintiffs Krishna Okhandiar and Remilia Corporation LLC*