# EXHIBIT 2
*DigitalOcean's Regional Availability Matrix*

# EXHIBIT 2
*DigitalOcean's Regional Availability Matrix*

Products | Reference | Support | Developer Center

 Products > Platform Overview > Regional Availability Matrix

# Regional Availability Matrix

Validated on 7 Jul 2023 • Last edited on 29 Sep 2023

Each product's availability is listed on its overview page. This table summarizes the availability for our major products using the following key:

- ◆ **Full availability**. All users can create this resource in this datacenter.

- ◇ **Limited availability**. There may be limited capacity in this datacenter, or the product may be in an earlier phase of the product lifecycle.

- ◇ **Future availability**. We intend to offer the product in this datacenter in the future. For example, we can expand availability when a product enters global availability. We'll provide more information as we have it in the tooltips and in our release notes.

## Available Datacenters

DigitalOcean has datacenters across 9 regions. A *region* is a geographic area where we have one or more datacenters.

This table lists each datacenter, its region, and its slug for use with the API and `doctl`.

| Datacenter | Region | Slug |
|---|---|---|
| NYC1 | New York City, United States | `nyc1` |

| Datacenter | Region | Slug |
|---|---|---|
| NYC3 | New York City, United States | `nyc3` |
| AMS3 | Amsterdam, the Netherlands | `ams3` |
| SFO2 | San Francisco, United States | `sfo2` |
| SFO3 | San Francisco, United States | `sfo3` |
| SGP1 | Singapore | `sgp1` |
| LON1 | London, United Kingdom | `lon1` |
| FRA1 | Frankfurt, Germany | `fra1` |
| TOR1 | Toronto, Canada | `tor1` |
| BLR1 | Bangalore, India | `blr1` |
| SYD1 | Sydney, Australia | `syd1` |

## Legacy Datacenters

DigitalOcean additionally has several legacy datacenters: AMS2, NYC2, and SFO1. We have restricted resource creation in legacy datacenters because there is no remaining physical space to expand within those datacenters. Users who have existing Droplets in these datacenters can continue to create additional Droplets there, but we strongly recommend using another datacenter in the same geographical region, like `NYC3` or `SFO3`.

# Droplet Plan Availability



| Droplet Plans | NYC1 | NYC3 | AMS3 | SFO2 | SFO3 | SGP1 | LON1 | FRA1 | TOR1 | BLR1 |
|---|---|---|---|---|---|---|---|---|---|---|
| Basic with Premium CPU | ◆ | ◆ | ◆ | | ◆ | ◆ | ◆ | ◆ | ◆ | ◆ |
| General Purpose | ◆ | ◆ | ◆ | ◆ | ◆ | ◆ | ◆ | ◆ | ◆ | ◆ |
| General Purpose with Premium CPU | ◆ | ◆ | ◆ | ◆ | ◆ | | | ◆ | ◆ | ◆ |
| CPU-Optimized with Regular CPU | ◆ | ◆ | ◆ | ◆ | ◆ | ◆ | ◆ | ◆ | ◆ | ◆ |
| CPU-Optimized with Premium CPU | ◆ | ◆ | ◆ | ◆ | ◆ | | | ◆ | ◆ | ◆ |
| Memory-Optimized | ◆ | ◆ | ◆ | ◆ | ◆ | ◆ | ◆ | ◆ | ◆ | ◆ |
| Storage-Optimized | ◆ | ◆ | ◆ | ◆ | ◆ | ◆ | ◆ | ◆ | ◆ | ◆ |

# Managed Databases

## Database Engine Availability



| Database Engine | NYC1 | NYC3 | AMS3 | SFO2 | SFO3 | SGP1 | LON1 | FRA1 | TOR1 | BLR1 |
|---|---|---|---|---|---|---|---|---|---|---|
| PostgreSQL | ◆ | ◆ | ◆ | ◆ | ◆ | ◆ | ◆ | ◆ | ◆ | ◆ |
| MySQL | ◆ | ◆ | ◆ | ◆ | ◆ | ◆ | ◆ | ◆ | ◆ | ◆ |
| Redis | ◆ | ◆ | ◆ | ◆ | ◆ | ◆ | ◆ | ◆ | ◆ | ◆ |
| MongoDB | ◆ | ◆ | ◆ | ◆ | ◆ | ◆ | ◆ | ◆ | ◆ | ◆ |

## MySQL Machine Type Availability



| MySQL Machine Type | NYC1 | NYC3 | AMS3 | SFO2 | SFO3 | SGP1 | LON1 | FRA1 | TOR1 | BLR1 |
|---|---|---|---|---|---|---|---|---|---|---|
| Shared CPU | ◆ | ◆ | ◆ | ◆ | ◆ | ◆ | ◆ | ◆ | ◆ | ◆ |
| General Purpose | ◆ | ◆ | ◆ | ◆ | ◆ | ◆ | ◆ | ◆ | ◆ | ◆ |
| Storage-Optimized | ◆ | ◆ | ◆ | ◆ | ◆ | ◆ | ◆ | ◆ | ◆ | ◆ |
| Memory-Optimized | | | | | | | | | | |

## PostgreSQL Machine Type Availability



| PostgreSQL Machine Type | NYC1 | NYC3 | AMS3 | SFO2 | SFO3 | SGP1 | LON1 | FRA1 | TOR1 | BLR1 |
|---|---|---|---|---|---|---|---|---|---|---|
| Shared CPU | ♦ | ♦ | ♦ | ♦ | ♦ | ♦ | ♦ | ♦ | ♦ | ♦ |
| General Purpose | ♦ | ♦ | ♦ | ♦ | ♦ | ♦ | ♦ | ♦ | ♦ | ♦ |
| Storage-Optimized | ♦ | ♦ | ♦ | ♦ | ♦ | ♦ | ♦ | ♦ | ♦ | ♦ |
| Memory-Optimized | | | | | | | | | | |

## Redis Machine Type Availability



| Redis Machine Type | NYC1 | NYC3 | AMS3 | SFO2 | SFO3 | SGP1 | LON1 | FRA1 | TOR1 | BLR1 |
|---|---|---|---|---|---|---|---|---|---|---|
| Shared CPU | ♦ | ♦ | ♦ | ♦ | ♦ | ♦ | ♦ | ♦ | ♦ | ♦ |
| General Purpose | | | | | | | | | | |
| Storage-Optimized | | | | | | | | | | |
| Memory-Optimized | ♦ | ♦ | ♦ | ♦ | ♦ | ♦ | ♦ | ♦ | ♦ | ♦ |

## MongoDB Machine Type Availability



## Kafka Machine Type Availability



## App Platform Availability

Availability on App Platform is by region, not by datacenter.

The Cloudflare CDN caches static sites globally and only routes cache misses to the serving region.



| App Type | NYC | AMS | SFO | SGP | LON | FRA | TOR | BLR | SYD |
|---|---|---|---|---|---|---|---|---|---|
| Dynamic | ◆ | ◆ | ◆ | ◆ | ◆ | ◆ | ◆ | ◆ | ◆ |
| Static Site | ◆ | ◆ | ◆ | ◆ | ◆ | ◆ | ◆ | ◆ | ◆ |

## Other Product Availability



| Product | NYC1 | NYC3 | AMS3 | SFO2 | SFO3 | SGP1 | LON1 | FRA1 | TOR1 | BLR1 |
|---|---|---|---|---|---|---|---|---|---|---|
| Kubernetes | ◆ | ◆ | ◆ | ◆ | ◆ | ◆ | ◆ | ◆ | ◆ | ◆ |
| Volumes | ◆ | ◆ | ◆ | ◆ | ◆ | ◆ | ◆ | ◆ | ◆ | ◆ |
| Spaces |  | ◆ | ◆ | ◆ |  | ◆ |  | ◆ |  | ◆ |
| Load Balancers | ◆ | ◆ | ◆ | ◆ | ◆ | ◆ | ◆ | ◆ | ◆ | ◆ |
| Container Registry |  | ◆ | ◆ | ◆ | ◆ | ◆ |  | ◆ |  |  |
| Functions |  | ◆ | ◆ |  | ◆ | ◆ | ◆ | ◆ | ◆ | ◆ |

## Datacenter Compatibility for Droplet-Specific Resources

Many of our products and features are designed to work with Droplets, and are available in the same datacenters that Droplets are. These Droplet-specific resources can have different levels of compatibility:

- **All datacenters**. Datacenter-specific. Works with Droplets in all datacenters.

- **Same datacenter only**. Datacenter-specific. Works with Droplets in the same datacenter.

- **Datacenter agnostic**. Not datacenter specific, so you don't choose a datacenter when you create or use these resources. Works with Droplets in all datacenters.

The overview page of each product and feature details its datacenter compatibility. The following table summarizes:

| Droplets in All Datacenters | Droplets in the Same Datacenter Only | Datacenter Agnostic |
|---|---|---|
| 1-Click Applications | Backups (to create Droplets) | DNS |
| Snapshots | Reserved IPs | Cloud Firewalls |
| Backups (to enable) | Load Balancers | Tags |
| Custom Images | VPC | |
| Load Balancers | | |
| IPv6 | | |
| Monitoring | | |

# Latest Updates

## 26 July 2023

Control Panel   Blog   Pricing   Careers   Terms   Privacy   Status   API Docs   Tutorials

Support