# EXHIBIT 1
*Remilia Corporation LLC Entity Information*

# EXHIBIT 1
*Remilia Corporation LLC Entity Information*

| ENTITY INFORMATION |
|---|

| ENTITY INFORMATION |
|---|

**Entity Name:**

REMILIA CORPORATION LLC

**Entity Number:**

E36278452023-2

**Entity Type:**

Foreign Limited-Liability Company

**Entity Status:**

Active

**Formation Date:**

11/15/2023

**NV Business ID:**

NV20232948662

**Termination Date:**

**Annual Report Due Date:**

11/30/2024

**Compliance Hold:**

**Series LLC:**

☑

**Domicile Name:**

Remilia Corporation LLC

**Jurisdiction:**

Delaware - United States

## REGISTERED AGENT INFORMATION

**Name of Individual or Legal Entity:**

Zenbusiness

**Status:**

Active

**CRA Agent Entity Type:**

**Registered Agent Type:**

Non-Commercial Registered Agent

**NV Business ID:**

**Office or Position:**

**Jurisdiction:**

**Street Address:**

3172 North Rainbow Blvd #1191, Las Vegas, NV, 89108, USA

**Mailing Address:**

**Individual with Authority to Act:**

**Fictitious Website or Domain Name:**

## OFFICER INFORMATION

☐ VIEW HISTORICAL DATA

| Title | Name | Address | Last Updated | Status |
|---|---|---|---|---|
| Manager | Krishna Okhandiar | 98 Arthur Hills Ct, Henderson, NV, 89074, USA | 11/15/2023 | Active |

Page 1 of 1, records 1 to 1 of 1

Filing History    Name History    Mergers/Conversions