```
Dawn L. Davis, Esq.
Nevada Bar No. 13329
SNELL & WILMER L.L.P.
3883 Howard Hughes Parkway, Suite 1100
Las Vegas, Nevada 89169
Telephone: (702) 784-5200
Facsimile: (702) 784-5252
Email:   ddavis@swlaw.com

Jonathan P. Hersey, Esq.
(pro hac vice application forthcoming)
Lea E. Gierut, Esq.
(pro hac vice application forthcoming)
K&L GATES LLP
1 Park Plaza, 12th Floor
Irvine, California 92614
Telephone: (949) 253-0900
Facsimile: (949) 253-0902
Email:   jonathan.hersey@klgates.com
         lea.gierut@klgates.com
```

*Attorneys for Defendants*
*John Duff III, Henry Smith, and*
*Maxwell Roux*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| KRISHNA OKHANDIAR, an individual, and REMILIA CORPORATION LLC, a Delaware limited liability company,<br><br>　　　　　Plaintiffs,<br><br>　　v.<br><br>JOHN DUFF III, an individual, HENRY SMITH, an individual, and MAXWELL ROUX, an individual,<br><br>　　　　　Defendants. | Case No. 2:23-cv-1409- APG-EJY<br><br>**DECLARATION OF MAXWELL ROUX IN SUPPORT OF DEFENDANTS' MOTION TO DISMISS PURSUANT TO FED. R. CIV. P. 12(b)(2) & 12(b)(3), OR ALTERNATIVELY TO TRANSFER PURSUANT TO 28 U.S.C. §§ 1406(a) OR 1404(a)** |

**DECLARATION OF MAXWELL ROUX**

I, Maxwell Roux, declare:

1. I am over the age of eighteen and make this declaration based on my personal knowledge. I submit this declaration in support of Defendants' Motion to Dismiss Pursuant to Fed. R. Civ. P. 12(b)(2) or 12(b)(3), or Alternatively to Transfer Pursuant to 28 U.S.C. §§ 1406(a) or 1404(a). I am competent to testify to the matters set forth in this declaration, and would do so competently if called to testify thereto.

2. I am a citizen and resident of the State of Montana. My permanent residence has always been in the City of Great Falls, Montana.

3. I have never lived in the State of Nevada. I have never had any bank accounts or owned any personal or real property located in Nevada.

4. I have only been to Nevada once, which was for a total of two days when I was passing through on a road trip in 2019. At that time, I did not know and had never spoken to Krishna Okhandiar.

5. I first met Krishna Okhandiar (who at that time went by the name Rohit Okhandiar and various pseudonyms such as Charlotte Yang, Charlie Yang, and Miya) online in late 2019. At that time, I was staying temporarily in West Lafayette, Indiana. We met in person for the first time in Chicago, Illinois, in May 2021, which is where Mr. Okhandiar was living. This is the first time that I recall discussing the prospect of working on a joint NFT art-related venture together with mr. Okhandiar.

6. The second time I met Mr. Okhandiar was in November 2021 in New York City for a Remilia-related event, Milady Rave.

7. In May 2022, I traveled to Lisbon, Portugal, where Mr. Okhandiar and I met with Henry Smith and John Duff, two of the other founding members of the Remilia venture. We discussed the venture's projects and goals at the short-term rental property where we were staying and at various restaurants.

8. Later in May 2022, I traveled to Warsaw, Poland. Mr. Okhandiar also traveled to Poland, where we discussed my work on and the future launch of a project we refer to as Remilios,

as well as each of the founding member's ownership interest in our venture. Mr. Okhandiar left Poland, but I stayed through the end of 2022. Mr. Okhandiar sent me a copy of a Non-Disclosure Agreement in November 2022 while I was in Poland, and I signed it while I was there. I then returned to Great Falls, Montana

9. After a brief stay in Montana, I took a trip to Japan in late January 2023, where I met with Mr. Smith and Mr. Okhandiar in Tokyo. This trip was not primarily for Remilia business, although we did occasionally and informally discuss Remilia's projects. It was around this time that I recall Mr. Okhandiar informing me that he had incorporated a company called Remilia Corporation that I believed was to be the agent of our joint business venture, and which I believe I am a founding member and owner.

10. In April 2023, the founding members of Remilia (excluding Bruno Nispel) promoted and hosted an event in Tokyo called Remilia-Con 2023, which was a series of events to celebrate the success of our venture and the launch of a project we refer to as Bonkler. After Remilia-Con 2023, we traveled to Jinju, South Korea, to attend Mr. Okhandiar's wedding. I have not met with or seen Mr. Okhandiar since his wedding.

11. From May 2023 to June 2023, I returned to Montana. Since June 2023, I have periodically traveled to Poland to visit my girlfriend, but still consider Montana my state of permanent residence. On September 15, 2023, I was personally served with the summons and complaint in this matter at my Great Falls, Montana home.

12. Other than in the few instances described above, I have not met with Mr. Okhandiar in person at any other time, and I have never met with him in Nevada. The vast majority of my communications with Mr. Okhandiar have been by texts, instant messages, and through various chat/messaging applications, and occasionally by voice/phone conference.

/ / /

/ / /

/ / /

13.     I am not aware that Remilia has ever had any offices, nor have I ever been to any offices rented or owned by Remilia in Nevada. I did not learn that Mr. Okhandiar claims to be a permanent resident of Nevada until after he filed this lawsuit.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed ___1/3/2024___, at Great Falls, Montana.

DocuSigned by:

_____
CCB81320C04C4A3...
Maxwell Roux

- 4 -

## CERTIFICATE OF SERVICE

I hereby certify that on January 18, 2024, I electronically filed the foregoing **DECLARATION OF MAXWELL ROUX IN SUPORT OF DEFENDANTS' MOTION TO DISMISS PURSUANT TO FED. R. CIV. P. 12(b)(2) & 12(b)(3), OR ALTERNATIVELY TO TRANSFER PURSUANT TO 28 U.S.C. §§ 1406(a) OR 1404(a)** with the Clerk of Court for the U.S. District Court, District of Nevada by using the Court's CM/ECF system. Participants in the case who are registered CM/ECF users will be served by the CM/ECF system.

*/s/ Lyndsey Luxford*
An employee of SNELL & WILMER L.L.P.

4853-5705-2830

- 24 -