1  Dawn L. Davis, Esq.
   Nevada Bar No. 13329
2  SNELL & WILMER L.L.P.
   3883 Howard Hughes Parkway, Suite 1100
3  Las Vegas, Nevada 89169
   Telephone: (702) 784-5200
4  Facsimile:  (702) 784-5252
   Email: ddavis@swlaw.com
5
   Jonathan P. Hersey, Esq.
6  (*pro hac vice forthcoming*)
   Lea E. Gierut, Esq.
7  (*pro hac vice forthcoming*)
   K&L GATES LLP
8  1 Park Plaza, 12th Floor
   Irvine, California 92614
9  Telephone: (949) 253-0900
   Facsimile:  (949) 253-0902
10 Email: jonathan.hersey@klgates.com
            lea.gierut@klgates.com
11
   *Attorney for Defendants John Duff III,*
12 *Henry Smith, and Maxwell Roux*

13

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| KRISHNA OKHANDIAR, an individual, and REMILIA CORPORATION LLC, a Delaware limited liability company,<br><br>   Plaintiffs,<br><br>   v.<br><br>JOHN DUFF III, an individual,<br>HENRY SMITH, an individual, and<br>MAXWELL ROUX, an individual,<br><br>   Defendants. | Case No. 2:23-cv-1409-APG-EJY<br><br>**DEFENDANTS' CERTIFICATE OF INTERESTED PARTIES** |

/ / /

/ / /

/ / /

4895-4355-8046

1  Pursuant to Fed. R. Civ. P. 7.1 and Local Rule 7.1-1, the undersigned, attorney of record
2  for defendants John Duff III (a citizen of New York), Henry Smith (a citizen of New Zealand), and
3  Maxwell Roux (a citizen of Montana), certifies that there are no known interested parties that may
4  have a direct, pecuniary interest in the outcome of the case, other than those parties identified in
5  the complaint.

6  DATED: January 22, 2024.                                   SNELL & WILMER L.L.P.

   By: */s/ Dawn L. Davis*
       Dawn L. Davis, Esq.
       Nevada Bar No. 13329
       3883 Howard Hughes Parkway, Suite 1100
       Las Vegas, Nevada 89169

       Jonathan P. Hersey (*pro hac vice forthcoming*)
       Lea E. Gierut (*pro hac vice forthcoming*)
       K&L GATES LLP
       1 Park Plaza, Twelfth Floor
       Irvine, California 92614

       *Attorneys for Defendants John Duff III, Henry Smith, and Maxwell Roux*

4895-4355-8046

## CERTIFICATE OF SERVICE

I hereby certify that on January 22, 2024, I electronically filed the foregoing **DEFENDANTS' CERTIFICATE OF INTERESTED PARTIES** with the Clerk of Court for the U.S. District Court, District of Nevada by using the Court's CM/ECF system. Participants in the case who are registered CM/ECF users will be served by the CM/ECF system.

*/s/ Lyndsey Luxford*
An employee of SNELL & WILMER L.L.P.

- 3 -

4895-4355-8046