**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

KRISHNA OKHANDIAR, an individual, and REMILIA CORPORATION LLC, a Delaware limited liability company,

    Plaintiff(s),

vs.

JOHN DUFF III, an individual, HENRY SMITH, an individual, and MAXWELL ROUX, an individual,

    Defendant(s).

Case # 2:23-cv-01409-APG-EJY

**VERIFIED PETITION FOR PERMISSION TO PRACTICE IN THIS CASE ONLY BY ATTORNEY NOT ADMITTED TO THE BAR OF THIS COURT AND DESIGNATION OF LOCAL COUNSEL**

FILING FEE IS $250.00

    Jonathan P. Hersey, Petitioner, respectfully represents to the Court:
(name of petitioner)

1. That Petitioner is an attorney at law and a member of the law firm of

K&L Gates LLP
(firm name)

with offices at 1 Park Plaza, 12th Floor,
(street address)

Irvine, California, 92614,
(city) (state) (zip code)

(949) 623-3570, jonathan.hersey@klgates.com.
(area code + telephone number) (Email address)

2. That Petitioner has been retained personally or as a member of the law firm by

Henry Smith, Maxwell Roux and John Duff III to provide legal representation in connection with
[client(s)]

the above-entitled case now pending before this Court.

Rev. 5/16

3. That since **June 9, 1997** (date), Petitioner has been and presently is a member in good standing of the bar of the highest Court of the State of **California** (state) where Petitioner regularly practices law. Petitioner shall attach a certificate from the state bar or from the clerk of the supreme court or highest admitting court of each state, territory, or insular possession of the United States in which the applicant has been admitted to practice law certifying the applicant's membership therein is in good standing.

4. That Petitioner was admitted to practice before the following United States District Courts, United States Circuit Courts of Appeal, the Supreme Court of the United States and Courts of other States on the dates indicated for each, and that Petitioner is presently a member in good standing of the bars of said Courts.

| Court | Date Admitted | Bar Number |
|---|---|---|
| Federal Circuit Court of Appeals | October 31, 2013 | N/A |
| U.S.D.C., Southern District of California | December 7, 2004 | 189240 |
| U.S.D.C., Northern District of California | October 29, 1997 | 189240 |
| U.S.D.C., Eastern District of California | October 21, 1997 | 189240 |
| U.S.D.C., Central District of California | June 23, 1997 | 189240 |
| Ninth Circuit Court of Appeals | June 17, 1997 | 189240 |
| California Supreme Court | June 9, 1997 | 189240 |

5. That there are or have been no disciplinary proceedings instituted against petitioner, nor any suspension of any license, certificate or privilege to appear before any judicial, regulatory or administrative body, or any resignation or termination in order to avoid disciplinary or disbarment proceedings, except as described in detail below:

None.

Rev. 5/16

6. That Petitioner has never been denied admission to the State Bar of Nevada. (Give particulars if ever denied admission):

None.

7. That Petitioner is a member of good standing in the following Bar Associations.

Orange County Bar Association; Bar Association of San Francisco; Federal Bar Association

8. Petitioner has filed application(s) to appear as counsel under Local Rule IA 11-2 (formerly LR IA 10-2) during the past three (3) years in the following matters: (State "none" if no applications.)

| Date of Application | Cause | Title of Court Administrative Body or Arbitrator | Was Application Granted or Denied |
|---|---|---|---|
| None | | | |
| | | | |
| | | | |
| | | | |
| | | | |

(If necessary, please attach a statement of additional applications)

9. Petitioner consents to the jurisdiction of the courts and disciplinary boards of the State of Nevada with respect to the law of this state governing the conduct of attorneys to the same extent as a member of the State Bar of Nevada.

10. Petitioner agrees to comply with the standards of professional conduct required of the members of the bar of this court.

11. Petitioner has disclosed in writing to the client that the applicant is not admitted to practice in this jurisdiction and that the client has consented to such representation.

Rev. 5/16

That Petitioner respectfully prays that Petitioner be admitted to practice before this Court FOR THE PURPOSES OF THIS CASE ONLY.

_____
Petitioner's signature

STATE OF ___California___ )
COUNTY OF ___Orange___ )

___Jonathan P. Hersey___, Petitioner, being first duly sworn, deposes and says: That the foregoing statements are true.

_____
Petitioner's signature

Subscribed and sworn to before me this

__15th__ day of __DECEMBER__, __2023__.

__PLEASE SEE ATTACHED.__
Notary Public or Clerk of Court

**DESIGNATION OF RESIDENT ATTORNEY ADMITTED TO THE BAR OF THIS COURT AND CONSENT THERETO.**

Pursuant to the requirements of the Local Rules of Practice for this Court, the Petitioner believes it to be in the best interests of the client(s) to designate ___Dawn L. Davis___,
(name of local counsel)
Attorney at Law, member of the State of Nevada and previously admitted to practice before the above-entitled Court as associate resident counsel in this action. The address and email address of said designated Nevada counsel is:

___3883 Howard Hughes Parkway, Suite 1100___,
(street address)

___Las Vegas___, ___Nevada___, ___89169___,
(city)            (state)          (zip code)

___(702) 784-5200___, ___ddavis@swlaw.com___.
(area code + telephone number)   (Email address)

4

Rev. 5/16

> A notary public or other officer completing this certificate verifies only the identity of the individual who signed the document to which this certificate is attached, and not the truthfulness, accuracy, or validity of that document.

State of California
County of __ORANGE__

Subscribed and sworn to (or affirmed) before me on this __15TH__ day of __DECEMBER__, 20__23__ by _____
__JONATHAN PETER HERSEY__,
proved to me on the basis of satisfactory evidence to be the person(s) who appeared before me.

CONNIE-MARIE SANTIAGO PRUITT
Notary Public - California
Orange County
Commission # 2437549
My Comm. Expires Feb 7, 2027

(Seal)                    Signature _Connie-Marie Santiago Pruitt_

By this designation the petitioner and undersigned party(ies) agree that this designation constitutes agreement and authorization for the designated resident admitted counsel to sign stipulations binding on all of us.

**APPOINTMENT OF DESIGNATED RESIDENT NEVADA COUNSEL**

The undersigned party(ies) appoint(s) _____Dawn L. Davis_____ as
(name of local counsel)
his/her/their Designated Resident Nevada Counsel in this case.

*John Duff III* (DocuSigned)
(party's signature)

John Duff III
(type of print name, title)

*Henry Smith* (DocuSigned)
(party's signature)

Henry Smith
(type or print party name, title)

_____ (DocuSigned)
(party's signature)

Maxwell Roux
(type or print party name, title)

**CONSENT OF DESIGNEE**
The undersigned hereby consents to serve as associate resident Nevada counsel in this case.

_____
Designated Resident Nevada Counsel's signature

13329                    ddavis@swlaw.com
Bar number               Email address

APPROVED:

Dated: this __22nd__ day of __January__, 20__24__.

_____
UNITED STATES DISTRICT JUDGE

5

Rev. 5/16