Bradley W. Madsen
Nevada Bar No. 11644
MICHAEL BEST & FRIEDRICH LLP
2750 East Cottonwood Parkway, Suite 560
Cottonwood Heights, UT 84121[1]
Telephone: 801.833.0500
Facsimile: 801.931.2500
bwmadsen@michaelbest.com

*Attorney for Plaintiffs Krishna Okhandiar and Remilia Corporation LLC*

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| KRISHNA OKHANDIAR, an individual, and REMILIA CORPORATION LLC, a Delaware limited liability company,<br><br>Plaintiffs,<br><br>v.<br><br>JOHN DUFF III, an individual, HENRY SMITH, an individual, and MAXWELL ROUX, an individual,<br><br>Defendants. | Case No.: 2:23-cv-1409-APG-EJY<br><br>**PLAINTIFF'S STATEMENT OF GOOD CAUSE UNDER RULE 4(m) REGARDING SERVICE UPON HENRY SMITH** |

Plaintiffs Krishna Okhandiar and Remilia Corporation LLC hereby respond to the notice of the Court filed on January 5, 2024 (ECF No. 8) regarding service upon defendant Henry Smith and state that good cause exists to not dismiss without prejudice the claims against Defendant Smith under Rule 4(m).

The Court is correct that no return of service has been filed as to Defendant Smith. However, Defendant Smith is not a resident of the United States. The Complaint alleges that Mr.

---

[1] Pursuant to LR 11-1(b), attorney Jonathan Heaton is designated for local service at address 7285 Dean Martin Dr. Ste 180, Las Vegas, NV 89118.

Smith is a citizen and resident of New Zealand[2] and Defendant Smith has confirmed that he is indeed a citizen and permanent resident of New Zealand by way of a declaration submitted to this Court.[3] Rule 4(m)'s requirement for service within 90 days of filing the Complaint "does not apply to service in a foreign country under Rule 4(f)." Rule 4(f), in turn, states that a person may be served "at a place not within any judicial district of the United States [. . .] by any internationally agreed means of service that is reasonably calculated to give notice."

Plaintiffs have attempted to serve Defendant Smith in New Zealand, but such service has not been completed. Because Plaintiffs' efforts to serve Defendant Smith in New Zealand are not subject to the 90-day limitation for service found in Rule 4(m), good cause exists to not dismiss the claims against Mr. Smith.

Additional good cause to not dismiss the claims against Defendant Smith exists as Defendant Smith has now submitted a motion and an affidavit to this Court, with the assistance of counsel. Clearly, Defendant Smith is apprised of the litigation and has notice of the claims against him. Moreover, Defendant Smith has filed a related lawsuit in Delaware, which has been removed to the United States District Court for the District of Delaware, and Plaintiffs have consented to the transfer of this case to that District. (ECF No. 21). Smith himself has asked this Court, in the alternative to dismissal, to transfer this case to the District of Delaware. (ECF No. 9). Thus, dismissing the claims against Defendant Smith under Rule 4(m) would not serve the needs of fair notice nor would it promote any judicial economy. Allowing the claims against

---

[2] Complaint (ECF No. 1) ¶5.
[3] *See* Declaration of Henry Smith in Support of Defendants' Motion to Dismiss Pursuant to Fed. R. Civ. P. 12(b)92) & 12(b)(3), or Alternatively to Transfer Pursuant to 28 U.S.C. §§ 1406(a) or 1404(a) (ECF No. 13) ¶ 2 ("I am a citizen and resident of New Zealand. My Permanent residence since at least August 2021 has been the City of Auckland, New Zealand.").

Defendant Smith to persist as the parties resolve the questions regarding forum is the most economical and just way to proceed.

DATED this 2nd day of February 2024.

**MICHAEL BEST & FRIEDRICH LLP**

/s/ Bradley W. Madsen
Bradley Madsen
Nevada Bar No. 11644
2750 East Cottonwood Parkway, Suite 560
Cottonwood Heights, UT 84121
Telephone: 801.833.0500
Facsimile: 801.931.2500
bwmadsen@michaelbest.com

*Attorneys for Plaintiffs Krishna Okhandiar and Remilia Corporation LLC*

**CERTIFICATE OF SERVICE**

I hereby certify that on February 2nd, 2024, I electronically filed the foregoing **PLAINTIFF'S STATEMENT OF GOOD CAUSE UNDER RULE 4(m) REGARDING SERVICE UPON HENRY SMITH** with the Clerk of the Court for the U.S. District Court, District of Nevada by using the Court's CM/ECF systems and thereby served it upon participants in the case who are registered CM/ECF users.

/s/ Bradley W. Madsen