**From:**       ded_nefreply@ded.uscourts.gov
**Sent:**       Tuesday, February 13, 2024 12:10 PM
**To:**         InterDistrictTransfer_NVD
**Subject:**    Transferred case has been opened

CASE: 2:23-cv-01409

DETAILS: Case transferred from Nevada
has been opened in District of Delaware
as case 1:24-cv-00193, filed 02/13/2024.